UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 10534

SOFIA SAENZ,

                          Plaintiff,

v.

TOWN/VILLAGE OF HARRISON, New York, and BARBARA EGGENHAUSER
In her official capacity as a Westchester County New York Assistant District Attorney,

                          Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 11/26/07 at 1:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: TOWN/VILLAGE OF HARRISON, New York

At Location: One Heineman Place, Harrison, New York

By delivering to and leaving with Anna Pilloni, Village Attorney's Office and that deponent knew the person so served to be authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex F        Age 40-50        Weight 130-140
Color of Skin White    Height 5'4"        Color of Hair Brown
Other Features

_____
Robert Fouvy

Sworn to before me this
27th day of November, 2007

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 10534

SOFIA SAENZ,

                            Plaintiff,

v.

TOWN/VILLAGE OF HARRISON, New York, and BARBARA EGGENHAUSER
In her official capacity as a Westchester County New York Assistant District Attorney,

                            Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 11/26/07 at 1:00 p.m.,     deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: Barbara Eggenhauser

At Location: Westchester District Attorney's Office, 110 Dr. Martin Luther King Jr. Blvd, Room 211, White Plains, New York

    By delivering to and leaving with Debbie, Secretary to the Litigation Bureau and that deponent knew the person so served to be authorized to accept service.

On November 26, 2007, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex F | Age 30-40 | Weight 130 |
| Color of Skin White | Height 5'9" | Color of Hair Blondish |
| Other Features | | |

                                                      Robert Fouvy

Sworn to before me this
27th day of November, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10