Conner, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SOFIA SAENZ,

                        Plaintiff,         07 Civ. 10534 (WCC)

                                               **ECF CASE**

       -against-

                                            **STIPULATION AND ORDER** *extending time to Answer*

TOWN/VILLAGE OF HARRISON, New
York and BARBARA EGGENHAUSER in
her official capacity as a Westchester County,
New York, Assistant District Attorney,

                        Defendants.

------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel of record and subject to the Court's order, that Defendant Eggenhauser's time to answer or move with respect to the complaint herein be and the same here is extended until a pre-motion conference is held by the parties, which is presently scheduled for February 1, 2008 at 9:45 a.m.

LOVETT & GOULD, LLP
By: _____
Jonathan Lovett (4854)
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, N.Y. 10605
914-428-8401

CHARLENE INDELICATO
By: _____
Christie L. Magno (CLM1415)
County Attorney
Attorney for Defendant Eggenhauser
148 Martine Avenue
White Plains, N.Y. 10605
914-995-2000

SO ORDERED. Dated: Dec. 14, 2007

_____
William C. Conner
Sr. United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for As @
+ EMAILED TO π COUNSEL