ORIGINAL

UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

SOFIA SAENZ,

          Plaintiff(s),

    -against-

TOWN/VILLAGE OF HARRISON, New York
And BARBARA EGGENHAUSER in her
Official capacity as a Westchester County,
New York, Assistant District Attorney,

         Defendant(s),
————————————————————X

**07 Civ. 10534 (WCC)**
ECF CASE
**STIPULATION AND
ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel of record and subject to the Court's order, that Defendant Town/Village of Harrison time to answer or move with respect to the complaint herein be and the same here is extended until a pre-motion conference is held by the parties, which is presently scheduled for February 1, 2008 at 9:45am.

LOVETT & GOULD, LLP

By: _____
Jonathan Lovett, Esq.
Attorney for Plaintiff
222 Bloomingdale Road
White Plains, NY 10605
914-428-8401

FRIEDMAN HARFENIST, LANGER & KRAUT

By: _____
Neil Torczyner, Esq.
Attorney for Defendant Harrison
3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
516-775-5800

SO ORDERED.

_William C. Conner_
William C. Conner
Sr. United States District Judge

Dated: January 18th, 2008
    White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for AS
AND E-MAILED TO π COUNSEL