**ORIGINAL**

Conner, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

SOFIA SAENZ,

                        Plaintiffs,

-against-

TOWN/VILLAGE OF HARRISON, NEW YORK
and BARBARA EGENHAUSER IN HER OFFICIAL
AS WESTCHESTER COUNTY NEW YORK
ASSISTANT DISTRICT ATTORNEY,

                        Defendants.
---------------------------------------X

07 CIV 10534 (WCC)

*Partial*

NOTICE OF DISMISSAL
AS TO ~~THE COUNTY~~ DEFENDANT ~~OF WESTCHESTER~~ BARBARA EGENHAUSER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff, and Defendant, BARBARA EGENHAUSER, ASSISTANT DISTRICT ATTORNEY OF THE COUNTY OF WESTCHESTER ("Egenhauser"), that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as against defendant Barbara Egenhauser, without costs, fees or disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 13, 2008
       White Plains, New York

LOVETT AND GOULD, LLP
Attorneys for Plaintiff
By: Jonathan Lovett, Esq. (4854)
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for Ds
AND E-MAILED TO COUNSEL FOR π

Dated: February ___, 2008
      White Plains, New York

*[signature: Christie L. Magno]*
CHARLENE M. INDELICATO
WESTCHESTER COUNTY ATTORNEY
Attorney for Defendant ADA Eggenhauser
By:   Christie L. Magno (CLM1415)
       Assistant County Attorney, of Counsel
148 Martine Avenue, 6th Floor
600 Michaelian Office Building
White Plains, New York 10601
(914) 995-5103

✓ Dated: Feb. 19, 2008
      White Plains, NY

**SO ORDERED:**

*[signature: William C. Conner]*
Honorable William C. Conner
Sr. United States District Judge