STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534    AND FILED ON

| | |
|---|---|
| SOFIA SAENZ <br><br> Vs. <br><br> EDWARD LUCAS, ET AL | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/20/2008__ at __1:25PM__, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDWARD LUCAS                                          (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT                             therein named.
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with __PAUL CUZZUPOLI, ASSISTANT DESK OFFICER__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On __2/20/08__, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__  Color of Skin __WH__   Color of Hair __BLACK__
Age __23/30__  Height __5'9"__  Weight __165__
Other Features _____

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __2/20/2008__

_____          _____
GAIL ...                            John Axelrod
Notary Public                       Server's License#:

2010

STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534        AND FILED ON

SOFIA SAENZ

Vs.                                                                 Plaintiff(s)/Petitioner(s)

EDWARD LUCAS, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
COUNTY OF WESTCHESTER                           ) SS
                                                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served:  FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    VINCENT MUSSOLINO                                  (herein called recipient)
At Location:     HARRISON POLICE DEPARTMENT                         therein named.
                 650 NORTH STREET
                 HARRISON NY

By delivering to and leaving with  PAUL CUZZUPOLI, ASSISTANT DESK OFFICER   a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On  2/20/08  , deponent completed service by depositing a copy of the
FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age: 23/30 | Height 5'9" | Weight | 165 | | |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the  2/20/2008

_Daip Williams_                                    _[signature]_
                                                   John Axelrod

                                                   Server's License#:

2 010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV:10534    AND FILED ON

SOFIA SAENZ

Vs.

EDWARD LUCAS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served:  FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    RICHARD LIGHT                                          (herein called recipient)
At Location:     HARRISON POLICE DEPARTMENT                              therein named.
                 650 NORTH STREET
                 HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| --- | --- | --- | --- | --- | --- |
| Age | 23/30 | Height | 5'9" | Weight | 165 |

Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534          AND FILED ON

| | |
|---|---|
| SOFIA SAENZ<br><br>Vs.<br><br>EDWARD LUCAS, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICER JANE DOE                         (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT                        therein named.
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Sworn to before me on the 2/20/2008
_____                          _____
                                                   John Axelrod

                                                   Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534      AND FILED ON

SOFIA SAENZ

Vs.                                               Plaintiff(s)/Petitioner(s)

EDWARD LUCAS, ET AL                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MARK DIGIACOMO                         (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT              therein named.
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age: 23/30 | Height | 5'9" | Weight | 165 | |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

_____                    _____
Notary                                        John Axelrod
                                              Server's License#:

2010