STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534   AND FILED ON

SOFIA SAENZ

Vs.

EDWARD LUCAS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDWARD LUCAS                                    (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT                       therein named.
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

GAIL
Notary Public

John Axelrod

Server's License#:

2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534   AND FILED ON

SOFIA SAENZ

Vs.

EDWARD LUCAS, ET AL

Plaintiff(s)/Petitioner(s)  
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: VINCENT MUSSOLINO (herein called recipient) therein named.  
At Location: HARRISON POLICE DEPARTMENT  
650 NORTH STREET  
HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534  AND FILED ON

SOFIA SAENZ

Vs.

EDWARD LUCAS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn, deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD LIGHT                                          (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT                              therein named.
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 23/30 | Height | 5'9" | Weight | 165 |

Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534        AND FILED ON

| | |
|---|---|
| SOFIA SAENZ<br><br>Vs.<br><br>EDWARD LUCAS, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
COUNTY OF WESTCHESTER         ) SS
                              )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICER JANE DOE                    (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT                   therein named.
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 23/30 | Height | 5'9" | Weight | 165 |

Other Features

Sworn to before me on the 2/20/2008

_____            _____
                                     John Axelrod

                                     Server's License#:

2010

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.10534    AND FILED ON

SOFIA SAENZ

Vs.

EDWARD LUCAS, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) 
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MARK DIGIACOMO (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
650 NORTH STREET
HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

Notary

John Axelrod
Server's License#: