STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534    AND FILED ON

SOFIA SAENZ

Vs.    Plaintiff(s)/Petitioner(s)

EDWARD LUCAS, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                       ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDWARD LUCAS    (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

GAIL
Notary Public

John Axelrod

Server's License#:

2010

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534 AND FILED ON

SOFIA SAENZ

Vs.

EDWARD LUCAS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: VINCENT MUSSOLINO (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
650 NORTH STREET
HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534   AND FILED ON

| | |
|---|---|
| SOFIA SAENZ<br><br>Vs.<br><br>EDWARD LUCAS, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn, deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/20/2008__ at __1:25PM__, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD LIGHT     (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with __PAUL CUZZUPOLI, ASSISTANT DESK OFFICER__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On __2/20/08__, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 23/30 | Height | 5'9" | Weight | 165 |

Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __2/20/2008__

_[signature]_        _[signature]_
                     John Axelrod

                     Server's License#:

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534     AND FILED ON

SOFIA SAENZ

Vs.      Plaintiff(s)/Petitioner(s)

EDWARD LUCAS, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                )
COUNTY OF WESTCHESTER                   SS
                                      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICER JANE DOE                   (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
650 NORTH STREET
HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Sworn to before me on the 2/20/2008

_____            _____
                                                John Axelrod

                                              Server's License#:

STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.10534          AND FILED ON

SOFIA SAENZ

Vs.                                                                                    Plaintiff(s)/Petitioner(s)

EDWARD LUCAS, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                                              ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/20/2008 at 1:25PM, deponent did serve the within process as follows:

Process Served: FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MARK DIGIACOMO                                                                (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT                                        therein named.
                        650 NORTH STREET
                        HARRISON NY

By delivering to and leaving with PAUL CUZZUPOLI, ASSISTANT DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/20/08, deponent completed service by depositing a copy of the FIRST AMENDED SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 23/30 | Height | 5'9" | Weight | 165 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/20/2008

_[signature]_                                                                                   _[signature]_
Notary Public                                                                                 John Axelrod
                                                                                                         Server's License#:

2010